AARON D. FORD
  Attorney General
SHERYL SERREZE, Bar No. 12864
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1272
E-mail: SSerreze@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TERRENCE DAVIS, | Case No. 3:21-cv-00516-ART-CLB |
|---|---|
| Plaintiff, | ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| RUIZ, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Terrence Davis, *pro se*, and Defendant Jesus Ruiz, by and through counsel, Nevada Attorney General, Aaron D. Ford, and Deputy Attorney General, Sheryl Serreze, that pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action should be dismissed in its entirety with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the parties' settlement agreement, each party hereto shall bear its own attorney's fees and costs.

DATED this 27th day of Dec, 2022.

By: _____
TERRENCE DAVIS (#11015060)
*Plaintiff, Pro Se*

DATED this 27th day of Dec, 2022.

AARON D. FORD
Attorney General

By: __/s/Sheryl Serreze__
Sheryl Serreze, Esq.
Deputy Attorney General

*Attorneys for Interested Party Nevada Department of Corrections*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

DATED __12/30/2022__

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on December 29, 2022, I electronically filed the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Terrence Davis #1101506
Care of ESP Law Librarian
P.O. Box 1989
Ely, NV 89301
ESP_LawLibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General